Date: 03/17/10

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-31079 - WASILOSKI, BROOKS C

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MANKATO CLINIC LTD<br>1230 EAST MAIN STREET<br>BOX 3283<br>MANKATO, MN 56002-3283<br>1026 | 000003 | 203.13 | 2.36 |
| ACCOUNTS RECEIVABLE CONTROL, INC.<br>P.O. BOX 3564<br>MANKATO, MN 56002<br>473520 | 000009 | 136.35 | 1.58 |
| ---------- Remittance Total ---------------- | | 339.48 | 3.94 |

*[signature]*

CHARLES W. RIES, Trustee

RECEIVED
10 MAR 18 AM 8:54
US BANKRUPTCY COURT
ST PAUL, MN